# WILLIAM C. RIETH
ATTORNEY AT LAW
The Powers Building
16 West Main Street – Suite 756
Rochester, New York 14614
Telephone: (585) 232-6520 * Fax (585) 325-5348
email: williamcrieth@yahoo.com

August 24, 2016

Hon. Paul R. Warren
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

    Re:    Rodney and Linda Mank - Chapter 12 Case No. 13-21094
            Motion by ATF seeking relief from stay
            Return date: August 25, 2016

Dear Judge Warren:

      With the Court's leave, movant's counsel, Nickolas Karavolas, Esq., and I have agreed to adjourn the above referenced motion until October 27, 2016.

                                            Very truly yours,

                                            /s *William C. Rieth*

                                            William C. Rieth

cc:    Nickolas Karavolas, Esq.
        George M. Reiber, Esq.