

October 26, 2016

<u>VIA ECF AND FEDEX</u>

Hon. Paul R. Warren
United States Bankruptcy Court
Western District of New York
U.S. Courthouse
100 State Street
Rochester, NY 14614

Re: In re Rodney R. Mank and Linda J. Mank
Case No. 2-13-21094-PRW

Dear Judge Warren:

We represent American Tax Funding, LLC ("ATF"), a creditor of the above-referenced debtor ("Debtor").

This letter confirms that the parties have agreed to adjourn the hearing on ATF's Amended Motion for an Order Granting Relief from the Automatic Stay (Docket No. 156) currently scheduled for October 27, 2016 to **November 17, 2016 at 9:00 a.m.**

Please feel free to contact us if you have any questions.

Very truly yours,

Phillips Lytle LLP

By *Nickolas Karavolas*

Nickolas Karavolas

N-Klb

Doc #05-479876.1

Nickolas Karavolas
Direct 212 508 0477  nkaravolas@phillipslytle.com

ATTORNEYS AT LAW

THE NEW YORK TIMES BUILDING  620 EIGHTH AVENUE  23RD FLOOR  NEW YORK, NY 10018-1405  PHONE 212 759 4888  FAX 212 308 9079
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | WASHINGTON, DC | CANADA: WATERLOO REGION | PHILLIPSLYTLE.COM