GEORGE M. REIBER
CHAPTER 13 TRUSTEE
SOUTH WINTON COURT
3136 SOUTH WINTON ROAD
ROCHESTER, NEW YORK 14623

April 12, 2018

Hon. Paul R. Warren,
U.S. Bankruptcy Court Judge
Western District of New York
100 State St.
Rochester, NY 14614

    Re: Rodney & Linda Mank Chapter 12 13-21094 PRW

    I have filed a motion to dismiss returnable April 27, 2018, in the above entitled matter. Please be advised that the Manks' attorney and I have agreed to adjourn the motion to May 17, 2018. I would request that this be approved and reflected on the Court's calendar.

                             Very Truly Yours,

                             /s/ George M. Reiber,
                             Chapter 13 Trustee

Xc: US Trustee
     William Rieth, Esq.
     Rodney & Linda Mank